UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 00-1126 PAM/JGL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DANIEL J. FEESS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court following issuance of a bench warrant for defendant's failure to appear at a court ordered debtor's examination. Defendant has now complied with the requirements of the debtor's examination, and, accordingly,

IT IS HEREBY ORDERED that the bench warrant be discharged.

Ordered this 15 day of May, 2001

UNITED STATES MAGISTRATE JUDGE

MAY 1 _ 2001
FILED___
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD___
DEPUTY CLERK___